UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Frozen Ropes Of Chicago Inc § Case No. 13-45519
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/24/2013 . The case was converted to one under Chapter 7 on 02/12/2014 . The undersigned trustee was appointed on 11/24/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 37,788.40 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 14,520.00 |
| Bank service fees | | 284.92 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 22,983.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/11/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,865.03 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,865.03 , for a total compensation of $ 2,865.03 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2015                By: /s/DEBORAH M. GUTFELD
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-45519 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Frozen Ropes Of Chicago Inc | | | | Date Filed (f) or Converted (c): | 02/12/2014 (c) |
| | | | | | 341(a) Meeting Date: | 04/07/2014 |
| For Period Ending: | 07/20/2015 | | | | Claims Bar Date: | 07/11/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank, Checking Account, Approx Amount Held By Customer | 10,700.00 | 10,700.00 | | 0.00 | 10,700.00 |
| 3. Edgebrook Bank, Operating Checking Account | 3,500.00 | 3,500.00 | | 10,639.15 | FA |
| 4. Undeposited Checks, Estimated | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 5. 2010 Mercedes C300 | 16,000.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Volkswagen Gti | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. Tv Set, Copier, Table & Shairs, Misc Furnishings, Gross Esti | 500.00 | 500.00 | | 1,000.00 | FA |
| 8. 3 Iron Mikes, Batting, Misc. Equipment, Gross Estimate Of Va | 4,000.00 | 4,000.00 | | 6,000.00 | FA |
| 9. Apparel Items, Misc, Gross Estimate Of Value | 1,000.00 | 1,000.00 | | 2,000.00 | FA |
| 10. Signage-Fair Market Value | 500.00 | 500.00 | | 1,000.00 | FA |
| 11. Chicago Force Baseball Club account (u) | 0.00 | 17,149.25 | | 17,149.25 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $50,200.00 | $41,349.25 | | $37,788.40 | $14,700.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR and Fee Applications were submitted to the U.S.T. for review and approval on June 12, 2015.

Initial Projected Date of Final Report (TFR): 12/31/2014    Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-45519 | Trustee Name: | DEBORAH M. GUTFELD | |
| Case Name: | Frozen Ropes Of Chicago Inc | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX7916 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9237 | Blanket Bond (per case limit): | $100,000.00 | |
| For Period Ending: | 07/20/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/14 | 11 | Chase Cashier's Check Chicago Force Baseball Club | | 1229-000 | $17,149.25 | | $17,149.25 |
| 02/24/14 | 3 | Edgebrook Bank 6000 West Touhy Avenue Chicago, Illinois 60646 | | 1129-000 | $10,639.15 | | $27,788.40 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $27,778.40 |
| 03/25/14 | 101 | Cooperstown All Star Village P.O. Box 670 Cooperstown, NY 13326 | Payment per 03.24.14 court order | 3992-000 | | $14,520.00 | $13,258.40 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.29 | $13,217.11 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.20 | $13,193.91 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.62 | $13,174.29 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.95 | $13,155.34 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.56 | $13,135.78 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.53 | $13,116.25 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.87 | $13,097.38 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.47 | $13,077.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                         Page Subtotals:                              $27,788.40        $14,710.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-45519 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Frozen Ropes Of Chicago Inc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7916 |
| | Checking |
| Taxpayer ID No: XX-XXX9237 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 07/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $13,059.09 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.41 | $13,039.68 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.39 | $13,020.29 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.48 | $13,002.81 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.33 | $12,983.48 |
| 04/23/15 | | First Bank & Trust Remitter: Barbara Ramirez 820 Church Street Evanston, IL 60201 | | | $10,000.00 | | $22,983.48 |
| | | | Gross Receipts   $10,000.00 | | | | |
| | 7 | | Tv Set, Copier, Table & Shairs, Misc Furnishings, Gross Esti   $1,000.00 | 1129-000 | | | |
| | 8 | | 3 Iron Mikes, Batting, Misc. Equipment, Gross Estimate Of Va   $6,000.00 | 1129-000 | | | |
| | 9 | | Apparel Items, Misc, Gross Estimate Of Value   $2,000.00 | 1129-000 | | | |
| | 10 | | Signage-Fair Market Value   $1,000.00 | 1129-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,788.40 | $14,804.92 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,788.40 | $14,804.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:   $10,000.00   $94.43

$37,768.40   $14,804.92

Net

Exhibit B

Page Subtotals:   $0.00   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7916 - Checking | $37,788.40 | $14,804.92 | $22,983.48 |
| | $37,788.40 | $14,804.92 | $22,983.48 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $37,788.40 |
| Total Gross Receipts: | $37,788.40 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-45519                                                                           Date: July 20, 2015
Debtor Name: Frozen Ropes Of Chicago Inc
Claims Bar Date: 7/11/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $2,865.03 | $2,865.03 |
| 2 100 2990 | Office Of The Us Trustee<br><B>(Administrative)</B><br>219 S Dearborn St Room 873<br>Chicago, Il 60604 | Administrative<br>Payment Status: Withdrawn | Date Filed: 03/05/2014 | $0.00 | $1,300.00 | $1,300.00 |
| 6 100 2990 | Illinois Department Of Revenue<br><B>(Administrative)</B><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Il 60664-0338 | Administrative<br>Payment Status: Valid To Pay | Date Filed: 12/31/2014 | $0.00 | $137.94 | $137.94 |
| 100 3210 | Arnstein & Lehr LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606-3910 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $29,283.50 | $29,283.50 |
| 100 3220 | Arnstein & Lehr LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606-3910 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $455.40 | $455.40 |
| 100 3410 | Popowcer Katten, Ltd.<br>35 E. Wacker Dr., Suite 1550<br>Chicago, IL 60601 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $1,925.00 | $1,925.00 |
| 1 280 5800 | Internal Revenue Service<br>Mail Stop 5010 Chi<br>230 S Dearborn St<br>Chicago, Il 60604 | Priority<br>Payment Status: Valid To Pay | Date Filed: 06/27/2014 | $0.00 | $1,340.76 | $1,340.76 |
| 5 280 5800 | Internal Revenue Service<br>Mail Stop 5010 Chi<br>230 S Dearborn St<br>Chicago, Il 60604 | Priority<br>Payment Status: Valid To Pay | Date Filed: 06/27/2014 | $0.00 | $1,058.02 | $1,058.02 |
| 1 300 7100 | Internal Revenue Service<br>Mail Stop 5010 Chi<br>230 S Dearborn St<br>Chicago, Il 60604 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 06/27/2014 | $0.00 | $17,196.43 | $17,196.43 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-45519  
Debtor Name: Frozen Ropes Of Chicago Inc  
Claims Bar Date: 7/11/2014  

Date: July 20, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | N. A. F/K/A Harris N. A. Bmo Harris Bank<br>Bmo Harris Bank, N.A. F/K/A Harris N.A.<br>111 W. Monore St.<br>Chicago, Il 60603 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/21/2014 | $0.00 | $9,856,261.57 | $9,856,261.57 |
| 4<br>300<br>7100 | Nadig Newspapers<br>4937 N. Milwaukee<br>Chicago, Il 60630 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/24/2014 | $0.00 | $965.00 | $965.00 |
| | Case Totals | | | $0.00 | $9,912,788.65 | $9,912,788.65 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: July 20, 2015

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-45519  
Case Name: Frozen Ropes Of Chicago Inc  
Trustee Name: DEBORAH M. GUTFELD  

Balance on hand $ 22,983.48

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,865.03 | $ 0.00 | $ 2,865.03 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 29,283.50 | $ 0.00 | $ 18,525.30 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,925.00 | $ 0.00 | $ 1,217.79 |
| Other: Arnstein & Lehr LLP | $ 455.40 | $ 0.00 | $ 288.10 |
| Other: Illinois Department Of Revenue | $ 137.94 | $ 0.00 | $ 87.26 |

Total to be paid for chapter 7 administrative expenses $ 22,983.48

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,398.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 1,340.76 | $ 0.00 | $ 0.00 |
| 5 | Internal Revenue Service | $ 1,058.02 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors         $         0.00

Remaining Balance                               $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,874,423.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 17,196.43 | $ 0.00 | $ 0.00 |
| 3 | N. A. F/K/A Harris N. A. Bmo Harris Bank | $ 9,856,261.57 | $ 0.00 | $ 0.00 |
| 4 | Nadig Newspapers | $ 965.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $         0.00

Remaining Balance                                          $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE