IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| FROZEN ROPES OF CHICAGO, INC. | ) | Case No. 13-45519 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **Thursday, September 3, 2015 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Jacqueline P. Cox, or any other judge sitting in her stead, at 219 S. Dearborn, Chicago, Illinois, Courtroom 680, and then and there present the **First and Final Application of Arnstein & Lehr LLP for Compensation and Reimbursement of Expenses,** at which time and place you may appear as you see fit.

Deborah Gutfeld, Chapter 7 Trustee of
Frozen Ropes of Chicago, Inc.


/s/ George P. Apostolides

Michael L. Gesas (ARDC #6186924)
George P. Apostolides (ARDC #6228768)
Arnstein & Leahr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312)876-7100 – (312)876-0288 Fax

## CERTIFICATE OF SERVICE

I, George P. Apostolides, an attorney, certify that I caused a copy of the attached Notice and Motion to be served to parties that are listed on the attached Service List by the Court's ECF system and by U.S. mail on July 28, 2015.

/s/ George P. Apostolides

112569148.1

## SERVICE LIST

### *VIA ECF*:

Thomas W Drexler
Debtor – Frozen Ropes Of Chicago Inc
td@drexlaw.com, drexler321@gmail.com

Deborah Michelle Gutfeld
gutfeldch7@perkinscoie.com
dgutfeld@ecf.epiqsystems.com

Jeffrey S. Harris
chicagolawyer@aol.com; help@windycitylawyer.com; chicagobklawyer@gmail.com;
G1648@notify.cincompass.com

Dean Harvalis on behalf of U.S. Trustee Patrick S. Layng
USTPRegion11.es.ecf@usdoj.gov; Constantine.harvalis@usdoj.gov

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Karen J Porter
Creditor – SJI Partners, LLC, Series III
porterlawnetwork@gmail.com;
kjplawnet@aol.com; portersam@comcast.net

Mark Adam Silverman
BMO Harris Bank N.A. f/k/a Harris N.A.
msilver@chapman.com

Mark Adam Silverman
LaSalle 115 Holdings, LLC - Series 1
msilver@chapman.com


### *VIA E-MAIL*

Arnold Landis
Law Office of Arnold H. Landis, P.C.
77 W. Washington Street, Suite 702
Chicago, IL 60602
Counsel for Elite Performance Training Academy
Counsel for 3129 Honore LLC

3

6000 LLC
6701 N. Minnehaha Avenue
Lincolnwood, IL  60712-3108

AA
Elizabeth Alverio
5133 W. Schubert
Chicago, IL  60639-1621

Anaconda Sports
85 Katrine Lane
New York City, NY  12449-5138

BMO Harris Bank N.A. f/k/a
Harris N.A.
111 W. Monroe Street
Chicago, IL  60603-4014

BMW Financial Services, NA, LLC
P.O. Box 201347
Arlington, TX  76006-1347

BMW Financial Services NA, LLC
Ascension Capital Group
P.O. Box 201347
Arlington, TX  76006-1347

Chapman & Cutler
111 W. Monroe Street
Chicago, IL  60603-4080

Circle Realty Advisors
c/o Bryan Lynch
714 N. Wells Street
Chicago, IL  60654-3521

Comcast
c/o Credit Management
P.O. Box 118288
Carrollton, TX  75011-8288

Comcast Cable Service
P.O. Box 3001
Southeastern, PA  19398-3001

ComEd
Customer Correspondence Group
P.O. Box 87522
Chicago, IL  60680-0522

Thomas W. Drexler
Law Office of Thomas W. Drexler
221 N. LaSalle Street, Suite 1600
Chicago, IL  60601-1431

Edgebrook Bank
6000 W. Touhy
Chicago, IL  60646-1277

Elite Performance Training Academy
6000 W. Touhy
Chicago, IL  60646-1275

Georgia Tountas
6701 N. Minnehaha Avenue
Lincolnwood, IL  60712-3108

Gus Tountas
6701 N. Minnehaha Avenue
Lincolnwood, IL  60712-3108

Deborah Michelle Gutfeld
Perkins Coie LLP
131 South Dearborn Street, Ste 1700
Chicago, IL  60603-5559

Jeffrey S. Harris
1701 S. First Avenue
Maywood, IL  60153-2400

Harris N.A.
111 W. Monroe Street
P.O. Box 755
Chicago, IL  60690-0755

Dean C. Harvalis
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL  60604-2027

Illinois Dept. of Revenue
Bankruptcy Department
P.O. Box 64338
Chicago, IL  60664-0338

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

John Key Tax Service
1965 Stockton Avenue
Des Plaines, IL  60018-3156

Journal & Topics Newspapers
622 Graceland Avenue
Des Plaines, IL  60016-4556

LaSalle 115 Holdings, LLC Series I
111 W. Monroe Street
Chicago, IL  60603-4096

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604-2027

MSM
P.O. Box 5065
Buffalo Grove, IL  60089-5056

Nadig Newspapers
4937 N. Milwaukee
Chicago, IL  60630-21114

Nicholaos K. Tountas
6701 N. Minnehaha Avenue
Lincolnwood, IL  60712-3108

Paul Bach
Penelope Bach
1363 Shermer Road, #323
Northbrook, IL  60062-4575

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, IL  60606-4730

Randall G. Rueth
6935 N. Wildwood Avenue
Chicago, IL  60646-1335

SA
Andrew Agos
6747 N. Leroy Avenue
Lincolnwood, IL  60712-3203

Samuel Banks
221 N. LaSalle Street, Suite 3800
Chicago, IL  60601-1509

Mark Adam Silverman
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL  60603-4080

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | Chapter 7 |
| | ) | |
| **FROZEN ROPES OF CHICAGO, INC.** | ) | Case No. 13-45519 |
| | ) | |
| **Debtor.** | ) | Hon. Jacqueline P. Cox |
| | ) | |

**FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Arnstein & Lehr LLP ("A&L"), counsel for Deborah M. Gutfeld, not individually but solely in her capacity as Chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Frozen Ropes of Chicago (the "Debtor"), pursuant to sections 330 and 331 of title 11, United States Code (the "Bankruptcy Code"), Rule 2002 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 5082-1 of the Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), applies to this Court for the entry of an order (a) allowing A&L fee compensation in the amount of $29,283.50 for its work on behalf of the Trustee in this case; (b) allowing the reimbursement of expenses in the amount of $455.40; and (c) authorizing the Trustee to pay the allowed fees and expenses immediately. In support, A&L respectfully states as follows.

**Background**

1. On November 24, 2013, the Debtor filed a voluntary petition (the "Petition") under Chapter 11 of the United States Bankruptcy Code (the "Code"). This is a repeat filing. The Debtor's first bankruptcy filing, case no. 10 B 45897, was dismissed because the Debtor was unable to confirm a Chapter 11 plan.

2. Prior to the Petition Date, the Debtor operated a business primarily engaged in instructing children to play baseball at an indoor facility located at 6000 W. Touhy, Chicago, Illinois.

3. Trustee counsel spent substantial time reviewing the Debtor's books and records, and ensuring that the Debtor was no longer operating once this case was converted from Chapter 11 to Chapter 7.

4. Trustee counsel's investigation revealed that the Debtor did not own many of the assets that it used in its business. The investigation demonstrated that most of the assets used for the Debtor's business were owned either by the principals of the Debtor or by another entity which sublet space from the Debtor at the Debtor's facility.

5. The Trustee sold substantially all of the assets of the Debtor in a sale to an unrelated entity. As this Court knows well, the Trustee was forced to file multiple motions for rule to show cause in order to obtain the sale proceeds for the Estate from the buyer.

6. During the bankruptcy proceeding, the Debtor's landlord obtained relief from the automatic stay to proceed with a foreclosure action in state court. Counsel for the Trustee understands that the foreclosure proceeding occurred.

### A&L's Compensation Arrangement

7. On March 4, 2014, this Court entered an order authorizing the retention and employment of A&L as counsel to the Trustee (the "Retention Order").

8. Pursuant to the Retention Order, A&L was employed by the Estate on an hourly basis.

9. The time expended by each billing professional is set forth below and summarized as follows:

| Attorney/ Professional | Specialty | Total Hours | 2014 Hourly Rate | 2015 Hourly Rate | Total Fees |
|---|---|---|---|---|---|
| George P. Apostolides | Bankruptcy/Litigation | 47.50 | $490.00 | | $23,275.00 |
| | | 3.00 | | $505.00 | $1,515.00 |
| Barry A. Chatz | Bankruptcy | 3.90 | $695.00 | | $2,710.50 |
| Kevin H. Morse | Bankruptcy | 3.60 | $330.00 | | $1,188.00 |
| | | 1.70 | | $350.00 | $595.00 |
| | **TOTAL** | **59.70** | | | **$29,283.50** |

The above hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters. The work represented by the chart above includes a review of the Debtor's records, investigation into its assets, negotiation of the asset sale, participation at the 341 hearing and examination of the Debtor's principals, and multiple motions and court appearances due to the actions of the Debtor in the proceeding.

10. In addition, A&L incurred expenses totaling $455.40 for photocopying at $.10 per page, postage, court reporter appearance at deposition, and fee for filing Motion to Sell Assets.

11. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered and the quality and skill which the situation required

12. No agreement exists between A&L and any third party for the sharing of compensation received by A&L in this case, except as allowed by section 504 of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of A&L.

## Notice

13. Notice of this application has been provided to the Debtor and his counsel, all parties that have filed claims in this case, all parties on the creditor matrix, and the Office of the United States Trustee.

WHEREFORE, Arnstein & Lehr LLP respectfully requests that the Court enter an Order:

(A)  Allowing compensation to A&L in the amount of $29,283.50 for legal services rendered;

(B)  Allowing reimbursement to A&L in the amount of $455.50 for expenses incurred;

(C)  Authorizing the Trustee to pay A&L the fees and costs allowed; and

(D)  Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
ARNSTEIN & LEHR LLP

By: /s/ George P. Apostolides

George P. Apostolides (# 06228768)
Kevin H. Morse (# 06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: 312.876.7100
Fax: 312.876.0288

112428846.1