## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Frozen Ropes Of Chicago Inc | § | Case No. 13-45519 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on September 3, 2015 in courtroom 680 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Deborah M. Gutfeld _____
                                                     Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Frozen Ropes Of Chicago Inc | § | Case No. 13-45519 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 37,788.40 |
| and approved disbursements of | $ | 14,804.92 |
| leaving a balance on hand of[1] | $ | 22,983.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,865.03 | $ 0.00 | $ 2,865.03 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 29,283.50 | $ 0.00 | $ 18,525.30 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,925.00 | $ 0.00 | $ 1,217.79 |
| Other: Arnstein & Lehr LLP | $ 455.40 | $ 0.00 | $ 288.10 |
| Other: Illinois Department Of Revenue | $ 137.94 | $ 0.00 | $ 87.26 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 22,983.48 |
| Remaining Balance | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,398.78  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 1,340.76 | $ 0.00 | $ 0.00 |
| 5 | Internal Revenue Service | $ 1,058.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,874,423.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 17,196.43 | $ 0.00 | $ 0.00 |
| 3 | N. A. F/K/A Harris N. A. Bmo Harris Bank | $ 9,856,261.57 | $ 0.00 | $ 0.00 |
| 4 | Nadig Newspapers | $ 965.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  Deborah M. Gutfeld
                                                Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-45519-JPC
Frozen Ropes Of Chicago Inc                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers          Page 1 of 2          Date Rcvd: Jul 29, 2015
                             Form ID: pdf006          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2015.
db          +Frozen Ropes Of Chicago Inc,   6000 W. Touhy Ave,   Suite 100,   Chicago, IL 60646-1278
aty         +Arnstein & Lehr LLP,   Arnstein & Lehr,   120 S Riverside Plaza Ste 1200,
              Chicago, IL 60606-3941
aty         +George P Apostolides,   Arnstein & Lehr LLP,   120 S Riverside Plaza,   Suite 1200,
              Chicago, IL 60606-3941
21778452    +6000 LLC,   6701 N. Minnehaha Ave,   Lincolnwood, IL 60712-3108
21683101    +AA,   Elizabeth Alverio,   5133 W. Schubert,   Chicago, IL 60639-1621
21257846    +Anaconda Sports,   85 Katrine Lane,   NYC, NY 12449-5138
21825222    +BMO Harris Bank, N.A. f/k/a Harris N.A.,   c/o Mark A. Silverman,   111 W. Monore St.,
              Chicago, IL 60603-4096
21406121    +BMW Financial Services NA, LLC,   Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
21257847    +Chapman & Cutler,   111 W Monroe St,   Chicago, IL 60603-4080
21257849    +Circle Realty Advisors,   C/O Bryan Lynch,   734 N Wells Street,   Chicago, IL 60654-3521
21257850     Comcast,   C/O Credit Management,   P.O. Box 118288,   Carrollton, TX  75011-8288
21683099     Comcast Cable Cable Service,   PO Box 3001,   Southeastern, PA,  19398-3001
21257852    +Edgebrook Bank,   6000 W Touhy,   Chicago, IL 60646-1277
21778453    +Elite Performance Training Academy, Inc,   6000 W. Touhy,   Chicago, IL 60646-1275
21257853    +Georgia Tountas,   6701 N Minnehaha Avenue,   Lincolnwood, IL 60712-3108
21257854    +Gus Tountas,   6701 N Minnehaha,   Lincolnwood, IL 60712-3108
21257855    +Harris N.A.,   111 W. Monroe Street,   P.O. Box 755,   Chicago, IL 60690-0755
21257860    +John Kay Tax Service,   1965 Stockton Avenue,   Des Plaines, IL 60018-3156
21257861    +Journal & Topics Newspapers,   622 Graceland Avenue,   Des Plaines, IL 60016-4556
21257862    +MSM,   PO Box 5065,   Buffalo Grove, IL 60089-5065
21257863    +Nadig Newspapers,   4937 N. Milwaukee,   Chicago, IL 60630-2114
21257864    +Nicholaos K Tountas,   6701 N Minnehaha,   Lincolnwood, IL 60712-3108
21257865    +Nu-Way Signs,   8140 Ridgeway Ave,   Skokie, IL 60076-3318
21257866    +Paul Bach,   Penelope Bach,   1363 Shermer Road, #323,   Northbrook, IL 60062-4575
21683100    +SA,   Andrew Agos,   6747 N. Leroy Ave,   Lincolnwood, IL 60712-3203
21257867    +Samuel Banks,   221 N. LaSalle, Suite 3800,   Chicago, IL 60601-1509
21257845    +Thomas W Drexler,   221 North LaSalle Street Suite 1600,   Chicago, IL 60601-1431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21257851    +E-mail/Text: legalcollections@comed.com Jul 30 2015 01:20:03      Comed,
              Customer Correspondence Group,   P.O. Box 87522,   Chicago, IL 60680-0522
21257856     E-mail/Text: rev.bankruptcy@illinois.gov Jul 30 2015 01:18:33
              Illinois Department Of Revenue,   Bankruptcy Section,   100 W Randolph St,
              Chicago, IL  60606
21257858     E-mail/Text: cio.bncmail@irs.gov Jul 30 2015 01:17:32      Internal Revenue Service,
              Mail Stop 5010 Chi,   230 S Dearborn St,   Chicago, IL 60604
22783489     E-mail/Text: rev.bankruptcy@illinois.gov Jul 30 2015 01:18:34
              Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
              Chicago, IL  60664-0338
21611193    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 30 2015 01:18:17     Office of the US Trustee,
              219 S Dearborn St  Room 873,   Chicago, IL 60604-2027
                                                                              TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21257844*   +Frozen Ropes Of Chicago Inc,   6000 W Touhy Ave,   Suite 100,   Chicago, IL 60646-1278
21257857*   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department Of Revenue,   P.O. Box 19035,
              Springfield, IL  62794)
21257859*    Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA  19101-7346
21257848    ##+Circle Realty Advisors,   5511 N. Cumberland,   Chicago, IL 60656-4744
                                                                    TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers          Page 2 of 2          Date Rcvd: Jul 29, 2015
                              Form ID: pdf006         Total Noticed: 32
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2015                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2015 at the address(es) listed below:
          Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           constantine.harvalis@usdoj.gov
          Deborah Michelle Gutfeld    on behalf of Accountant   Popowcer Katten, Ltd.
           gutfeldch7@perkinscoie.com
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com
          George P Apostolides    on behalf of Trustee Deborah Michelle Gutfeld gpapostolides@arnstein.com,
           lcsolomon@arnstein.com
          Jeffrey S Harris    on behalf of Interested Party Randall G Rueth chicagolawyer@aol.com,
           help@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com
          Karen J Porter    on behalf of Creditor   SJI Partners, LLC, Series III porterlawnetwork@gmail.com,
           portersam100@comcast.net
          Kevin H Morse    on behalf of Trustee Deborah Michelle Gutfeld khmorse@arnstein.com
          Mark Adam Silverman    on behalf of Creditor   LaSalle 115 Holdings, LLC - Series 1
           msilver@chapman.com
          Mark Adam Silverman    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           msilver@chapman.com
          Mia D D'Andrea    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           dandrea@chapman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Drexler    on behalf of Debtor   Frozen Ropes Of Chicago Inc td@drexlaw.com,
           drexler321@gmail.com
                                                                              TOTAL: 12
```