# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Frozen Ropes Of Chicago Inc | § | Case No. 13-45519 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 40,700.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  0.00

Claims Discharged
Without Payment:  9,961,162.78

Total Expenses of Administration: 37,788.40

3) Total gross receipts of $ 37,788.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 37,788.40  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 37,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,771.79 | 50,771.79 | 37,788.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,000.00 | 2,398.78 | 2,398.78 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,341.00 | 9,874,423.00 | 9,874,423.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 84,341.00 | $ 9,927,593.57 | $ 9,927,593.57 | $ 37,788.40 |

4)  This case was originally filed under chapter 11 on  11/24/2013 , and it was converted to chapter 7 on  02/12/2014 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/20/2015_____   By:/s/DEBORAH M. GUTFELD_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 Iron Mikes, Batting, Misc. Equipment, Gross Estimate Of Va | 1129-000 | 6,000.00 |
| Apparel Items, Misc, Gross Estimate Of Value | 1129-000 | 2,000.00 |
| Edgebrook Bank, Operating Checking Account | 1129-000 | 10,639.15 |
| Signage-Fair Market Value | 1129-000 | 1,000.00 |
| Tv Set, Copier, Table & Shairs, Misc Furnishings, Gross Esti | 1129-000 | 1,000.00 |
| Chicago Force Baseball Club account | 1229-000 | 17,149.25 |
| TOTAL GROSS RECEIPTS | | $37,788.40 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edgebrook Bank 6000 W Touhy Chicago, IL  60646 | | 14,000.00 | NA | NA | 0.00 |
| | Edgebrook Bank 6000 W Touhy Chicago, IL  60646 | | 23,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 37,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 2,865.03 | 2,865.03 | 2,865.03 |
| Associated Bank | 2600-000 | NA | 284.92 | 284.92 | 284.92 |
| Illinois Department Of Revenue | 2990-000 | NA | 137.94 | 137.94 | 87.26 |
| Office Of The Us Trustee | 2990-000 | NA | 1,300.00 | 1,300.00 | 0.00 |
| Arnstein & Lehr LLP | 3210-000 | NA | 29,283.50 | 29,283.50 | 18,525.30 |
| Arnstein & Lehr LLP | 3220-000 | NA | 455.40 | 455.40 | 288.10 |
| Popowcer Katten, Ltd. | 3410-000 | NA | 1,925.00 | 1,925.00 | 1,217.79 |
| Cooperstown All Star Village | 3992-000 | NA | 14,520.00 | 14,520.00 | 14,520.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 50,771.79 | $ 50,771.79 | $ 37,788.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue Bankruptcy Section 100 W Randolph St Chicago, IL  60606 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department Of Revenue P.O. Box 19035 Springfield, IL  62794 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 Chi 230 S Dearborn St Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 15,000.00 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 5800-000 | NA | 1,340.76 | 1,340.76 | 0.00 |
| 5 | Internal Revenue Service | 5800-000 | NA | 1,058.02 | 1,058.02 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 15,000.00 | $ 2,398.78 | $ 2,398.78 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anaconda Sports 85 Katrine Lane NYC, NY  12449 | | 383.00 | NA | NA | 0.00 |
| | Chapman & Cutler 111 W Monroe St Chicago, IL  60603 | | 0.00 | NA | NA | 0.00 |
| | Circle Realty Advisors 5511 N. Cumberland Chicago, IL 60656 | | 0.00 | NA | NA | 0.00 |
| | Circle Realty Advisors C/O Bryan Lynch 734 N Wells Street Chicago, IL  60610 | | 0.00 | NA | NA | 0.00 |
| | Comcast C/O Credit Management P.O. Box 118288 Carrollton, TX 75011-8288 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comed Customer Correspondence Group P.O. Box 87522 Chicago, IL 60680 | | 1,742.00 | NA | NA | 0.00 |
| | Harris N.A. 111 W. Monroe Street P.O. Box 755 Chicago, IL 60690 | | 0.00 | NA | NA | 0.00 |
| | John Kay Tax Service 1965 Stockton Avenue Des Plaines, IL 60018 | | 2,701.00 | NA | NA | 0.00 |
| | Journal & Topics Newspapers 622 Graceland Avenue Des Plaines, IL 60016 | | 700.00 | NA | NA | 0.00 |
| | MSM PO Box 5065 Buffalo Grove, IL 60089 | | 749.00 | NA | NA | 0.00 |
| | Nadig Newspapers 4937 N. Milwaukee Chicago, IL 60630 | | 1,055.00 | NA | NA | 0.00 |
| | Nu-Way Signs 8140 Ridgeway Ave Skokie, IL 60076 | | 6,011.00 | NA | NA | 0.00 |
| | Paul Bach Penelope Bach 1363 Shermer Road, #323 Northbrook, IL 60062 | | 17,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Samuel Banks 221 N. LaSalle, Suite 3800 Chicago, IL 60601 |  | 2,000.00 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 7100-000 | NA | 17,196.43 | 17,196.43 | 0.00 |
| 3 | N. A. F/K/A Harris N. A. Bmo Harris Bank | 7100-000 | NA | 9,856,261.57 | 9,856,261.57 | 0.00 |
| 4 | Nadig Newspapers | 7100-000 | NA | 965.00 | 965.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 32,341.00 | $ 9,874,423.00 | $ 9,874,423.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-45519 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Frozen Ropes Of Chicago Inc | | | | Date Filed (f) or Converted (c): | 02/12/2014 (c) |
| | | | | | 341(a) Meeting Date: | 04/07/2014 |
| For Period Ending: | 10/20/2015 | | | | Claims Bar Date: | 07/11/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Chase Bank, Checking Account, Approx Amount Held By Customer | 10,700.00 | 10,700.00 | | 0.00 | FA |
| 3.  Edgebrook Bank, Operating Checking Account | 3,500.00 | 3,500.00 | | 10,639.15 | FA |
| 4.  Undeposited Checks, Estimated | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 5.  2010 Mercedes C300 | 16,000.00 | 0.00 | | 0.00 | FA |
| 6.  2010 Volkswagen Gti | 10,000.00 | 0.00 | | 0.00 | FA |
| 7.  Tv Set, Copier, Table & Shairs, Misc Furnishings, Gross Esti | 500.00 | 500.00 | | 1,000.00 | FA |
| 8.  3 Iron Mikes, Batting, Misc. Equipment, Gross Estimate Of Va | 4,000.00 | 4,000.00 | | 6,000.00 | FA |
| 9.  Apparel Items, Misc, Gross Estimate Of Value | 1,000.00 | 1,000.00 | | 2,000.00 | FA |
| 10. Signage-Fair Market Value | 500.00 | 500.00 | | 1,000.00 | FA |
| 11. Chicago Force Baseball Club account (u) | 0.00 | 17,149.25 | | 17,149.25 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $50,200.00 | $41,349.25 | | $37,788.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR and Fee Applications were submitted to the U.S.T. for review and approval on June 12, 2015.  U.S.T. contacted Trustee to request minor revisions to TFR.  A corrected TFR was submitted for review and approval on July 20, 2015.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-45519 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Frozen Ropes Of Chicago Inc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7916 |
| | Checking |
| Taxpayer ID No: XX-XXX9237 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/14 | 11 | Chase Cashier's Check Chicago Force Baseball Club | | 1229-000 | $17,149.25 | | $17,149.25 |
| 02/24/14 | 3 | Edgebrook Bank 6000 West Touhy Avenue Chicago, Illinois 60646 | | 1129-000 | $10,639.15 | | $27,788.40 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $27,778.40 |
| 03/25/14 | 101 | Cooperstown All Star Village P.O. Box 670 Cooperstown, NY 13326 | Payment per 03.24.14 court order | 3992-000 | | $14,520.00 | $13,258.40 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.29 | $13,217.11 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.20 | $13,193.91 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.62 | $13,174.29 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.95 | $13,155.34 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.56 | $13,135.78 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.53 | $13,116.25 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.87 | $13,097.38 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.47 | $13,077.91 |

| | | |
|---|---|---|
| Page Subtotals: | $27,788.40 | $14,710.49 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-45519
Case Name: Frozen Ropes Of Chicago Inc

Taxpayer ID No: XX-XXX9237
For Period Ending: 10/20/2015

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Associated Bank
Account Number/CD#: XXXXXX7916
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $13,059.09 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.41 | $13,039.68 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.39 | $13,020.29 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.48 | $13,002.81 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.33 | $12,983.48 |
| 04/23/15 | | First Bank & Trust Remitter: Barbara Ramirez 820 Church Street Evanston, IL 60201 | | | $10,000.00 | | $22,983.48 |
| | | | Gross Receipts $10,000.00 | | | | |
| | 7 | | Tv Set, Copier, Table & Shairs, Misc Furnishings, Gross Esti $1,000.00 | 1129-000 | | | |
| | 8 | | 3 Iron Mikes, Batting, Misc. Equipment, Gross Estimate Of Va $6,000.00 | 1129-000 | | | |
| | 9 | | Apparel Items, Misc, Gross Estimate Of Value $2,000.00 | 1129-000 | | | |
| | 10 | | Signage-Fair Market Value $1,000.00 | 1129-000 | | | |
| 09/08/15 | 102 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,865.03 | $20,118.45 |
| | | | Page Subtotals: | | $10,000.00 | $2,959.46 | |

Case 13-45519   Doc 125   Filed 11/09/15   Entered 11/09/15 13:49:36   Desc Main
Document   Page 12 of 13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 13-45519 | Trustee Name: DEBORAH M. GUTFELD |
| --- | --- |
| Case Name: Frozen Ropes Of Chicago Inc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7916 |
| | Checking |
| Taxpayer ID No: XX-XXX9237 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/15 | 103 | Illinois Department Of Revenue <B>(Administrative)</B> Bankruptcy Section P.O. Box 64338 Chicago, Il 60664-0338 | Final distribution to claim 6 representing a payment of 63.26 % per court order. | 2990-000 | | $87.26 | $20,031.19 |
| 09/08/15 | 104 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Final distribution representing a payment of 63.26 % per court order. | 3210-000 | | $18,525.30 | $1,505.89 |
| 09/08/15 | 105 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Final distribution representing a payment of 63.26 % per court order. | 3220-000 | | $288.10 | $1,217.79 |
| 09/08/15 | 106 | Popowcer Katten, Ltd. 35 E. Wacker Dr., Suite 1550 Chicago, IL 60601 | Final distribution representing a payment of 63.26 % per court order. | 3410-000 | | $1,217.79 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $37,788.40 | $37,788.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,788.40 | $37,788.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,788.40 | $37,788.40 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $20,118.45 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7916 - Checking | $37,788.40 | $37,788.40 | $0.00 |
| | $37,788.40 | $37,788.40 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $37,788.40 |
| Total Gross Receipts: | $37,788.40 |

Page Subtotals:                    $0.00          $0.00